IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH PIERCE | : | CIVIL ACTION |
| | : | NO. 10-3359 |
| and | : | |
| | : | |
| ELIZABETH PIERCE | : | |
| | : | |
| v. | : | |
| | : | |
| THE VANGUARD GROUP, et al. | : | |

ORDER

AND NOW, this 16th day of March, 2011, after consideration of Young Contractors, Inc.'s motions to dismiss J.A. Forcine Company, Inc.'s claims against it, it is ORDERED that:

(1) Young Contractors' motion to dismiss Forcine's third party complaint is GRANTED as unopposed. Forcine's third party complaint against Young Contractors is DISMISSED; and

(2) Young Contractors' motion to dismiss Forcine's cross claims alleging breach of contract and contractual indemnification is DENIED.

THOMAS N. O'NEILL, JR., J.
THOMAS N. O'NEILL, JR., J.